## Commonwealth *v.* Davis, Appellant.

Argued April 15, 1970. *John J. Dean,* Assistant Public Defender, with him *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* De Temple, Appellant.

Submitted April 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.